UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAZELINE NEWKIRT,

        Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

        Defendant.
        _____/

No. 06-11793

District Judge Anna Diggs Taylor

Magistrate Judge R. Steven Whalen

**ORDER GRANTING DEFENDANT'S MOTION
TO COMPEL MEDICAL EVALUATIONS**

      Before the Court is Defendant's Motion to Compel Medical Evaluations [Docket #32]. Plaintiff did not file a response to this Motion. Neither Plaintiff's nor Defendant's counsel appeared for oral argument on the motion on June 20, 2007, although a Notice of Hearing was served on both counsel on June 5, 2007.

      Accordingly, because the motion is unopposed, and because the relief requested is authorized by Fed.R.Civ.P. 35, the Motion to Compel Medical Evaluations by the three practitioners described therein is GRANTED.

      SO ORDERED.

                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 20, 2007.

                                                   S/Gina Wilson
                                                   Judicial Assistant